JOYCE R. COUNTISS v. TRENTON STATE COLLEGE.

September 27, 1977. Petition for certification granted.

JAMES C. TAFT v. EDWARD J. SWEENEY, SR.

September 27, 1977. Petition for certification denied. (See 149 *N. J. Super.* 282)

EDWIN K. LARGE, JR. v.
TOWNSHIP COMMITTEE OF RARITAN TOWNSHIP.

September 27, 1977. Petition for certification denied.

UKRAINIAN NATIONAL URBAN RENEWAL CORPORATION
v. JOSEPH L. MUSCARELLE, INC.

September 27, 1977. Petition for certification denied. (See 151 *N. J. Super.* 386)

RED BANK REGIONAL EDUCATION ASSOCIATION v. RED BANK REGIONAL HIGH SCHOOL BOARD OF EDUCA-TION.

September 27, 1977. Petition for certification granted. (See 151 *N. J. Super.* 435)